IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EDWARD R. BROWN, SR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-18-277-SLP |
| KYLE CABELKA, et al., | ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered April 20, 2018 [Doc. No. 8]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 16th day of May, 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE